# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: COUNTY OF CARBON TAX CLAIM BUREAU JUDICIAL SALE OF LAND IN THE COUNTY OF CARBON FREE AND DISCHARGED FROM ALL TAX AND MUNICIPAL CLAIMS, MORTGAGES, LIEN CHARGES, AND ESTATES WHATSOEVER, HELD NOVEMBER 6, 2015 | : : : : : : : : | No. 402 MAL 2018 |
| | : : : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| LEHIGHTON AREA SCHOOL DISTRICT, Respondent | : : : : : : | |
| v. | : : : : : | |
| CARBON COUNTY TAX CLAIM BUREAU, | : : : : : : | |
| Petitioner | : | |
| IN RE: COUNTY OF CARBON TAX CLAIM BUREAU JUDICIAL SALE OF LAND IN THE COUNTY OF CARBON FREE AND  DISCHARGED FROM ALL TAX AND MUNICIPAL CLAIMS, MORTGAGES, LIEN CHARGES, AND ESTATES WHATSOEVER, HELD NOVEMBER 6, 2015 | : : : : : : : : | No. 403 MAL 2018 |
| | : : : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| LEHIGHTON AREA SCHOOL DISTRICT, Respondent | : : : : : : | |
| v. | : : : : : | |
| CARBON COUNTY TAX CLAIM BUREAU, FRANKLIN TOWNSHIP, | : : : : : | |
| Petitioners | : | |

IN RE: COUNTY OF CARBON TAX CLAIM BUREAU JUDICIAL SALE OF LAND IN THE COUNTY OF CARBON FREE AND DISCHARGED FROM ALL TAX AND MUNICIPAL CLAIMS, MORTGAGES, LIEN CHARGES, AND ESTATES WHATSOEVER, HELD NOVEMBER 6, 2015

PANTHER VALLEY SCHOOL DISTRICT,

Respondent

v.

CARBON COUNTY TAX CLAIM BUREAU,

Petitioner

: No. 404 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.